FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 22 2011

Stephan Harris, Clerk
Casper

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11 CR 179 - F |
| Plaintiff, | ) | |
| | ) | Ct. 1: 18 U.S.C. §§ 2251(a) and (e) |
| v. | ) | (Production of Child Pornography) |
| | ) | |
| CHRISTOPHER CURTIS TAVEIRA, | ) | Ct. 2: 18 U.S.C. § 2422(b) |
| | ) | (Online Enticement of a Child) |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about April 1, 2011, through on or about May 31, 2011, in the District of Wyoming, the Defendant, **CHRISTOPHER CURTIS TAVEIRA**, knowingly used, persuaded, induced, enticed, and coerced a minor, to wit, a fourteen year old female, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using a means of and facility of interstate commerce, namely, the Internet.

In violation of 18 U.S.C. §§ 2251(a) and (e).

### COUNT TWO

From on or about April 1, 2011, through on or about May 31, 2011, in the District of Wyoming, the Defendant, **CHRISTOPHER CURTIS TAVEIRA**, using cellular telephone

networks and the Internet, both means and facilities of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual who has not attained the age of 18 years to engage in sexual activity for which an individual could be charged with a criminal offense, to wit, the Defendant, **CHRISTOPHER CURTIS TAVEIRA**, by means of text messaging sent via cellular telephone and emails sent via the Internet, attempted to persuade a fourteen year old female to engage in various sexual acts with him, all of which would constitute violations of Wyoming law, specifically W.S. Ann. § 6-2-304, commonly known as third degree sexual assault.

In violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

_Kevin J. Frank_
FOREPERSON

_CHRISTOPHER A. CROFTS_
CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DATE:** July 19, 2011

**DEFENDANT NAME:** CHRISTOPHER CURTIS TAVEIRA

**VICTIM:** Yes

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | Ct. 1 | **Production of Child Pornography**<br>18 U.S.C. § 2251(a) and (e) |
| PENALTIES: | | NLT 15 years or more than 30 years imprisonment<br>$250,000.00 fine<br>NLT 5 years or more than a life of life supervised release<br>$100 special assessment |
| OFFENSE: | Ct. 2 | **Online Enticement of a Child**<br>18 U.S.C. § 2422 (b) |
| PENALTIES: | | NLT 10 years or more than a term of life imprisonment<br>$250,000.00 fine<br>NLT 5 years or more than a life of life supervised release<br>$100 special assessment |
| TOTALS: | | NLT 10 YEARS IMPRISONMENT OR MORE THAN A LIFE TERM OF IMPRISONMENT<br>$500,000 FINE<br>NLT 5 YEARS OR MORE THAN A LIFE TERM OF SUPERVISED RELEASE<br>$200 SPECIAL ASSESSMENT |

**AGENT:** Robert Leazenby/ICAC
**AUSA:** James C. Anderson

**ESTIMATED TIME OF TRIAL:**

- ✓ five days or less
- ___ over five days
- ___ other

**INTERPRETER NEEDED:**

- ___ Yes
- ✓ No

**THE GOVERNMENT:**

__✓__ will

____ will not

**SEEK DETENTION IN THIS CASE.**

____ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions