JAMES C. ANDERSON
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 22 2011

Stephan Harris, Clerk
Casper

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | ) Criminal No. 11 CR 179-F<br>) |
| v. | ) MOTION FOR DETENTION HEARING<br>) |
| **CHRISTOPHER CURTIS TAVEIRA,** | )<br>) |
| Defendant. | ) |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves the following:

    __ Crime of violence (18 U.S.C. § 3156)

    __ Maximum sentence life imprisonment or death

    __ 10+ year drug offense

    __ Serious risk Defendant will flee

    __ Felony, with two prior convictions in above categories

    __ Serious risk obstruction of justice

2. <u>Reason for Detention.</u> The court should detain the Defendant because there are no conditions of release which will reasonably assure:

- ✓ Defendant's appearance as required

- ✓ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

- ✓ Probable cause to believe defendant committed 10+ year drug offense, firearms offense, 18 U.S.C. § 924(c), or child exploitation offense.

- __ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

- __ At first appearance

- ✓ After a continuance of three days

DATED this 20TH day of July, 2011.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: /s/ J. Anderson

JAMES C. ANDERSON
Assistant United States Attorney