FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 2 2 2011

Stephan Harris, Clerk
Casper

JAMES C. ANDERSON
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 11CR179-F |
| v. | ) |
| CHRISTOPHER CURTIS TAVEIRA, | ) |
| Defendant. | ) |

### PRAECIPE

Will the Clerk please issue a warrant in the above-entitled matter for the following individual:

**CHRISTOPHER CURTIS TAVEIRA**

DATED this 20Th day of July, 2011.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
JAMES C. ANDERSON
Assistant United States Attorney

BOND SET AT: **Detain**

_____
UNITED STATES DISTRICT COURT JUDGE