# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

CHRISTOPHER CURTIS TAVEIRA.

**WARRANT FOR ARREST**

CASE NUMBER: 11CR179-F

**To:**
The United States Marshal and any
Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest  CHRISTOPHER CURTIS TAVEIRA

and bring him or her forthwith to the nearest magistrate to answer **Indictment** charging him or her with **Production of Child Pornography; Online Enticement of a Child** in violation of **18 USC 2251(a) and (e); 18 USC 2422(b)**.

| Stephan Harris | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | July 25, 2011, Casper, WY |
| Signature of Issuing Officer | Date and Location |
| *[signature]* By Deputy Clerk | |
| Bail fixed at $ Detain | By: William F. Downes |
| | United States District Judge |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |