

**FILED**
*1:53 pm, 8/2/11*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

CHRISTOPHER CURTIS TAVEIRA
_____
DEFENDANT

Case No. 11-CR-179-F    Date 8/2/11
Time 1:40 - 1:51
☑ Indictment      ☐ Information
☐ Complaint       ☐ Other

Offense  18 USC 2251; 18 USC 2422

Before the Honorable, Scott W. Skavdahl

Recorded  FTR Courtroom 3    ☐ Disk NO.

| Zac Fisher | Jamie Hendrich | Laura M. Harris | Jim Anderson | Ross Mueske |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER _____

Appeared     ☐ Voluntarily
             ☑ In-Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  Jim Anderson
             ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

1. Initial appearance  Date _____ (Comments) _____

   **BOND IS**   ☑ Defendant is detained
                 ☐ Set at $_____  ☐ Cash or Surety  ☐ Unsecured
                 ☐ Continued on the same terms and conditions
                 ☑ Detention and/or Preliminary hearing set for  8/5/11 @ 10:00

☐ Obey all laws, Federal, State and Local         ☐ Maintain current residence
☐ Seek/Maintain employment                         ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                  ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives ☐ Abide by the following curfew
☐ Not use or possess alcohol                       ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                        ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing                   ☐ Post property or sum of money _____
☐ Do not obtain passport                           ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☐ Other
_____
_____
_____
_____
_____

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

- [ ] Bail review/detention hearing    Date _____
- [ ] Defendant detained -    Reasons

_____
_____
_____
_____

- [ ] Defendant committed to custody of U.S. Marshal
- [ ] Preliminary hearing set for _____    [ ] Preliminary hearing waived
- [ ] Removal hearing waived    [ ] Removal hearing held    Date _____
- [ ] Court orders defendant held to answer to U.S. District Court, District of _____
  - [ ] Bond to transfer    Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue
- [ ] Case continued to _____ for _____
- [ ] Other _____

_____

2. Preliminary hearing    Date _____
   Witnesses _____
   _____
   _____

   Outcome
   - [ ] Bound over to U.S. District Court    [ ] Dismissed

- [ ] Other _____
_____
_____

## Arraignment

- [ ] Defendant waives indictment
- [ ] Information filed by Government
- [ ] Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
- [ ] Not guilty to count(s) _____ of an _____
- [ ] Guilty to count(s) _____ of an _____

Not Guilty Plea
- [ ] Court orders discovery per rule 16 FRCrP
- [ ] Court orders access to Grand Jury Transcripts
- [ ] Motions to be filed in _____ days or
  On / Before _____
- [ ] Trial date set for _____ at _____
  In _____
- [ ] Speedy trial expires on _____

Guilty Plea
- [ ] Court is satisfied there is factual basis for a plea of guilty
- [ ] Defendant referred to probation for presentence investigation
- [ ] Defendant advised on consequence of a plea of guilty
- [ ] Plea agreement filed
- [ ] Sentencing set for _____ at _____
  In _____
- [ ] Plea conditionally accepted

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court