# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING



**FILED**
*10:52 am, 8/5/11*
**Stephan Harris**
**Clerk of Court**

UNITED STATES OF AMERICA

VS

CHRISTOPHER CURTIS TAVEIRA
_____DEFENDANT_____

Case No. 11-CR-179-F   Date 8/5/11
Time 10:11 - 10:28
☑ Indictment   ☐ Information
☐ Complaint   ☐ Other

Offense  18 USC 2251; 18 USC 2422

Before the Honorable, Scott W. Skavdahl

Recorded  FTR Courtroom 3   ☐ Disk NO.

Zac Fisher — Deputy Clerk
Jamie Hendrich — Court Reporter
Laura M. Harris — Probation Officer
Jim Anderson — Asst. U.S. Attorney
Ross Mueske — Marshal

INTERPRETER _____

Appeared   ☐ Voluntarily   ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  Dan Blythe
☑ FPD   ☐ PANEL-CJA   ☐ RETAINED

☐ Attorney waived

1. Initial appearance  Date _____  (Comments) _____

   **BOND IS**
   ☐ Defendant is detained
   ☑ Set at $ 20,000.00   ☐ Cash or Surety   ☑ Unsecured
   ☐ Continued on the same terms and conditions
   ☐ Detention and/or Preliminary hearing set for _____

☑ Obey all laws, Federal, State and Local
☑ Seek/Maintain employment
☑ 3rd party custody of  Ronnie Taviera
☑ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☑ Do not obtain passport
☐ Surrender passport to _____

☑ Maintain current residence
☑ Report to Pretrial Services as directed
☑ Travel restricted to Wyoming
☐ Abide by the following curfew
☑ Not use or possess controlled substances/drugs
☑ Avoid all contact with  minors/alleged victim
☐ Post property or sum of money
☑ Undergo medical/psychiatric treatment/exam

☑ Other
electronic monitoring, submit to search, no pornography

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☐ Bail review/detention hearing  Date _____
☐ Defendant detained -    Reasons
_____
_____
_____

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____  ☐ Preliminary hearing waived
☐ Removal hearing waived          ☐ Removal hearing held    Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
    ☐ Bond to transfer    Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____

2.   Preliminary hearing      Date _____
   Witnesses _____

   Outcome
    ☐ Bound over to U.S. District Court    ☐ Dismissed

☐ Other _____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not guilty to count(s) 1, 2       of an Indictment
☐ Guilty to count(s) _____    of an _____

   Not Guilty Plea                      Guilty Plea
☑ Court orders discovery per rule 16 FRCrP    ☐ Court is satisfied there is factual basis for a plea of guilty
☑ Court orders access to Grand Jury Transcripts   ☐ Defendant referred to probation for presentence investigation
☑ Motions to be filed in 20 days or        ☐ Defendant advised on consequence of a plea of guilty
   On / Before _____                ☐ Plea agreement filed
☑ Trial date set for 10/11/11 at 8:30 am      ☐ Sentencing set for _____ at _____
   In Cheyenne, WY                       In _____
☑ Speedy trial expires on 10/11/11         ☐ Plea conditionally accepted

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court