# CRIMINAL MINUTE SHEET
## SENTENCING

Date: 4/20/12     ☐ Non-Public Document     Case No.: 11-CR-179-1F
Time: 1:25 p.m. - 2:03 p.m.     Interpreter: none     Int. Phone:

**USA** vs. CHRISTOPHER CURTIS TAVEIRA

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Laura Harris | Robert MacMaster |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**
Government: James C. Anderson
Defendant: Daniel G. Blythe
☐ CJA    ☑ FPD    ☐ RET    ☐ WAIVED

☑ Defendant acknowledges having read presentence report
☐ Defendant's _____ objections to presentence report
     ☐ Court denies objections to presentence report   ☐ Court grants objections to presentence report

☐ Witness(es) _____
☐ Exhibits received by Court _____

☐ Government to move for departure within 1 year of sentencing
   Downward Departure    ☐ Granted    ☐ Denied

**SENTENCING INFORMATION**
☑ Defendant is committed to custody
    For a period of __150__ months   as to Count(s) __2__     _____ as to Count(s) _____
    _____ as to Count(s) _____     _____ as to Count(s) _____

☐ Sentence shall be served _____ to _____
☐ Defendant is sentenced to time served   ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**
    For a period of __LIFE__ as to Count(s) _____     _____ as to Count(s) _____
    _____ as to Count(s) _____     _____ as to Count(s) _____

☐ Supervised Release shall be served _____ to _____
☐ Defendant to be deported upon release from confinement
☐ Defendant is placed on **probation** for a period of _____

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☑ Obey all laws, Federal, State & Local
☑ Abide by the standard conditions of supervision
☐ Home confinement for a period of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
☐ Submit to mandatory drug testing (w/in 15 days of release)
☐ Notify Probation of change in economic circumstance
☐ Notify employers of conviction
☐ Submit person, residence, office or vehicle to a search
☑ Report to Probation w/in 72 hours of release
☐ Provide complete financial disclosure as directed
☐ Electronic monitoring as directed by Probation
☐ Not use or possess controlled substances/drugs
☐ Not open new lines of credit or incur new debt
☐ Submit to additional drug/alcohol testing and treatment
☐ Mandatory drug testing is waived
☐ DNA collection
☐ Cognitive/Behavioral Treatment
☐ Pay one-time fee of $250.00 to partially defray costs of treatment and/or drug testing

- [x] Other (continued from conditions of Probation/Supervised Release)
  report to state sex offender registry for anything as directed; shall not use of posses computer not authorized by PO; not use or possess any pornographic, sexually oriented, sexually stimulating images, messages, etc; sex offender treatment as directed; one time $750 fee to partially defray treatment costs; shall not associate with children under 18 without supervision of a responsible adult who is aware of his background; register as required under the Sex Offender Registration and Notification Act and submit to all searches;

**MONETARY IMPOSITIONS**

- [x] Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) 2, ___ as to Count(s) ___, ___ as to Count(s), ___, ___ as to Count(s) ___ for a **total** of $100.00
- [x] Special assessment is due and payable immediately
- [x] Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
- [x] Special assessment shall be paid in monthly installments of at least $25.00 during the term of supervision
- [ ] Special assessment remitted upon deportation of the defendant

- [ ] Defendant shall pay a **fine** in the amount of ___ as to Count(s) ___, ___ as to Count(s) ___, ___ as to Count(s) ___, ___ as to Count(s) ___ for a **total** of $0.00
- [ ] Fine is due and payable immediately
- [ ] Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
- [ ] Fine shall be paid in monthly installments of at least $ ___ during the term of supervision
- [ ] Fine shall be paid jointly and severally with ___
- [x] Fine is waived due to inability to pay

- [ ] Defendant shall make **restitution** in the amount of $0.00 as to Count(s) ___, ___ as to Count(s) ___, ___ as to Count(s) ___, ___ as to Count(s) ___ for a **total** of $0.00
- [ ] Restitution is due and payable immediately
- [ ] Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
- [ ] Restitution shall be paid in monthly installments of at least $ ___ during the time of supervision
- [ ] Restitution shall be paid jointly and severally with ___
- [ ] Other restitution information ___

- [ ] Interest requirement for fine/restitution/special assessment is waived

- [ ] Defendant is **remanded** to custody of US Marshal
- [ ] Defendant shall **surrender** to designated prison on/before ___ at ___ AM
- [ ] Defendant shall **report** to institution as directed by Probation
- [x] Court **recommends placement** at Englewood, Colorado

- [ ] Court recommends defendant participate in the prison industries program
- [ ] Court recommends defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program
- [ ] Court recommends defendant participate in substance abuse treatment while incarcerated
- [x] Defendant advised of right to appeal    - [ ] Defendant waives right to appeal
- [ ] Defendant shall forfeit the following property ___

- [x] Count(s) 1 of the Indictment **dismissed** on the motion of the United States